18083—Jackson W. Sparrow, Executor, et al v. Meyer L. Levine, Admr. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Dismissed by consent of parties without record; at costs of plaintiff in error.

18148—Industrial Commission of Ohio v. Clarence H. Vail. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Sustained.

18148—Industrial Commission of Ohio v. Clarence H. Vail. Motion by defendant to dismiss motion to certify. Overruled.

18086—B. J. Gantz v. J. M. Good. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled.

18094—Catherine Bartley v. National Business Assn. Motion for an order directing the of Appeals of Cuyahoga county to certify its record. Sustained.

18095—Ohio Farmers Insurance Co. v. Dorothy Todino. Motion for an order directing the Court of Appeals of Jefferson county to certify its record. Sustained.

18097—Regina Weiland v. Albert H. Barth et al. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

18098—The Cincinnati Traction Co. v. Tony Gramont. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

18101—City of Cincinnati v. Ellen O'Connor et al. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

18109—Losh O. Harbaugh, City Solicitor, v. City of Piqua. Motion for an order directing the Court of Appeals of Miami county to certify its record. Overruled.

18110—Hannah Stover and Hannah Stover, Exrx., v. City of Piqua et al. Motion for an order directing the Court of Appeals of Miami county to certify its record. Overruled.

18111—Oral J. Cook et al v. George W. Sager. Motion for an order directing the Court of Appeals of Wyandot county to certify its record. Overruled.

18127—The New York, Chicago & St. Louis R. R. Co. v. Christian Biermacher. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Sustained.

18130—Marjorie Polk Newton v. Industrial Commission of Ohio and The Electric Auto Light Corporation. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled.

18192—Benjamin F. Spencer v. Board of Education of Courtland Village School Dist. Motion for an order directing the Court of Appeals of Trumbull County to certify its record. Overruled.

---

## NEW CASES

18198—Mary M. Gehring v. The Schuster Co. et al; Geauga county. Motion to certify record and petition as of right. Attorneys for plaintiff, Payer, Winch, Minshall & Karch, Cleveland; for defendant, W. H. Boyd, Maurer, Bolton, Wilson and McGiffin, Cleveland.

18199—William E. Burneson et al v. Anna Travers et al; Richland county. Motion to certify record. Attorney for plaintiff, W. J. Geer, Galion; for defendant, Mansfield & Black, Mansfield.

18200—W. Clarence O'Brien v. State of Ohio; Stark county. Motion for leave to file petition in error. Attorneys for plaintiff, Lynch, Day, Fimple & Lynch, Canton; for defendant, C. B. McClintock, Canton.

18201—Empire Trust Co. v. Anthony H. Walberg et al; Butler county. Motion to certify record. Attorneys for plaintiff, Schotts & Millikan, Hamilton; Maxwell & Ramsey, Cincinnati; for defendant, B. F. Harwitz, Hamilton.

18202—Edward J. Frost v. Louis K. Nagy et al; Cuyahoga county. Motion to certify record. Attorneys for plaintiff, Turney & Sipe, Cleveland; for defendant, Guthery, Guthery, Binyon & Williams, Cleveland.

18203—August Sissea v. State of Ohio; Licking county. Motion for leave to file petition in error. Attorneys for plaintiff, Fitzgibbon, Montgomery & Black, Newark; for defendant, H. C. Ashcraft, Newark.

18204—J. H. Eaton et al v. Nichols & Shepard Co.; Crawford county. Motion to certify record. Attorneys for plaintiff, W. J. Schwenck, Chas. F. Schaber, Bucyrus; for defendant, Chester A. Meck, Toledo; Benjamin Meck, Bucyrus.

18210—S. T. Price, William H. Clinton and Edna Clinton v. William Hirzel; Paulding county. Motion to certify record. Attorneys for plaintiffs, Knepper & Wilcox, Columbus, and W. H. and John Snook, Paulding; for defendant, F. P. Sprigs, Paulding.

18211—The Union News Co. v. Ella G. Freeborn; Cuyahoga county. Motion to certify record. Attorneys for plaintiff, Treadway & Marlatt, Cleveland; for defendant, Payer, Winch, Minshall & Karch, Cleveland.

1812—The Dennison Brick & Tile Co. v. Chicago Trust Co.; Tuscarawas county. Motion to certify record. Attorneys for plaintiff, Louis Welty, New Philadelphia, and Bennett, Westfall & Bennett, Columbus.